**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/23/2023

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
SOPHIA PAK,

                Plaintiff,

-against-

CIPRIANI USA, INC.,

                Defendant.
-------------------------------------------------------- X

Case No.: 1:22-cv-10383 (ALC)(JLC)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that the within action shall be and hereby is discontinued with prejudice and without costs to either party.

Dated: March 17, 2023

By: _____
Michelle A. Caiola, Esq.
PHILLIPS & ASSOCIATES
45 Broadway, Suite 430
New York, New York 10006
Tel. (212) 248-7431

*Attorneys for Plaintiff*

By: _____
Jena Y. Silverman, Esq.
A. Michael Weber, Esq.
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022
Tel. (212) 583-9600

*Attorneys for Defendant*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3/23/2023